**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-1593**

_____

RICHARD B. LAMB,

                Plaintiff - Appellant,

       v.

STATE OF SOUTH CAROLINA DMV OFFICE; SFAA INSURANCE RESERVE
FUND; KEVIN SHWEDO; WILLIAM C. WANNAMAKER; MARCIA ADAMS,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock
Hill.  David C. Norton, District Judge.  (0:18-cv-00552-DCN)

_____

Submitted:  September 13, 2018               Decided:  September 17, 2018

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard B. Lamb, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard B. Lamb appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lamb v. SC Dep't of Motor Vehicles*, No. 0:18-cv-00552-DCN (D.S.C. Apr. 24, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*